GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP SWIBIES,<br><br>                              Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>                              Defendants. | **Case No. 2:22-cv-01643-CDS-NJK**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 25, 2022 through and including **November 15, 2022**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

//

//

and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 19th day of October, 2022.

CLARK HILL PLLC

By:  /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com

*Attorney for Defendant Equifax Information*

*No opposition*

 /s/Michale Everett Yancey, III
Michael Everett Yancey, III, Esq.
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
818-600-5537
Fax: 818-600-5464
Email: michael@pricelawgroup.com

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2022