**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
michael@pricelawgroup.com
Michael Yancy, NV Bar #16158

*Attorneys for Plaintiff*
*Phillip Swibies*

# UNITED STATES DISTRICT COURT
# OF NEVADA

| | |
|---|---|
| PHILLIP SWIBIES,<br><br>    Plaintiff<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>    Defendants | Case No.: 2:22-cv-01643-CDS-NJK<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff Phillip Swibies and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax, only.

Each party shall bear their own fees and costs in accordance with the parties' settlement agreement.

IT IS SO ORDERED.

Dated: December 12, 2022

_____
Cristina D. Silva
United States District Judge

**PRICE LAW GROUP, APC**

DATED: December 12, 2022

/s/Michael Yancey
Michael Yancey, NV Bar #16158 5940 S. Rainbow Blvd., Suite 3014 Las Vegas Nevada, 89118
Phone: 702-794-2008
yancey@pricelawgroup.com

*Attorneys for Plaintiff*
*Phillip Swibies*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, NV Bar #15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300 Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*