**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
michael@pricelawgroup.com
Michael Yancy, NV Bar #16158

*Attorneys for Plaintiff*
*Phillip Swibies*

# UNITED STATES DISTRICT COURT
# OF NEVADA

| | |
|---|---|
| PHILLIP SWIBIES,<br><br>　　　　　Plaintiff<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　Defendants | Case No.: 2:22-cv-01643-CDS-NJK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>[ECF No. 35] |

　　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Phillip Swibies and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, as to Defendant Experian Information Solutions, Inc., with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

RESPECTFULLY SUBMITTED this 22nd day of February 2023.

DATED: February 22, 2023

| **NAYLOR & BRASTER** | **PRICE LAW GROUP, APC** |
|---|---|
| /s/ Benjamin Gordon<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>(T) (702) 420-7000<br>(F) (702) 420-7001<br>jbraster@nblawnv.com<br>bgordon@nblawnv.com | */s/Michael Yancey*<br>Michael Yancey, NV Bar #16158<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas Nevada, 89118<br>Phone: 702-794-2008<br>yancey@pricelawgroup.com<br>*Attorneys for Plaintiff*<br>*Phillip Swibies* |

**JONES DAY**

Cheryl L. O'Connor
Nevada Bar No. 14745
3161 Michelson Drive,
Suite 800 Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
coconnor@jonesday.com
Attorneys for Defendant
Experian Information Solutions, Inc.

## ORDER

IT IS HEREBY ORDERED that all claims as to defendant Experian Information Solutions, Inc., are dismissed with prejudice, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

DATED: March 1, 2023

_____
UNITED STATES DISTRICT JUDGE